UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| CELIA PENA CAVAZOS, § § Plaintiff, § VS. § FABIOLA SIAS and § CEM INSURANCE COMPANY, § § Defendants. § | CIVIL ACTION NO. 5:18-CV-72 |

## ORDER

On February 7, 2020, United States Magistrate Judge John A. Kazen issued a Report and Recommendation (Dkt. No. 34), which finds that Defendant CEM Insurance Company's motion for summary judgment should be granted. Plaintiff filed untimely objections, which the Court nevertheless has considered. After appropriate review, *see* 28 U.S.C. § 636(b)(1), the undersigned **ADOPTS** the Report and Recommendation (Dkt. No. 34) as the opinion of the Court.[1] CEM's motion for summary judgment (Dkt. No. 12) is **GRANTED**, and this civil action is **DISMISSED WITH PREJUDICE**.

The Clerk is directed to administratively **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** February 24, 2020.

Marina Garcia Marmolejo
United States District Judge

---

[1] The Court agrees with the Magistrate Judge that CEM is entitled to summary judgment as to all of Plaintiff's claims. Therefore, the Court need not consider whether, in the alternative, CEM would be entitled to partial summary judgment on claims in excess of the applicable policy limit.